UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BILL LIETZKE, | Case No. 3:18-cv-06196-WHO |
|---|---|
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE** |
| CITY OF MONTGOMERY, et al., | |
| Defendants. | Re: Dkt. Nos. 2, 5, 8 |

On October 9, 2018, plaintiff Bill Lietzke filed a complaint and an application to proceed in forma pauperis. Dkt. Nos. 1, 2. Neither were signed. On October 15, 2018, Magistrate Judge Joseph C. Spero ordered Lietzke to resubmit the application with his signature or pay the $400 filing fee within 60 days. Dkt. No. 4. Lietzke failed to do so and instead filed another application that entirely lacked the signature page. Dkt. No. 5. On December 19, 2018, Judge Spero issued a report and recommendation that both applications be denied and that this case be dismissed without prejudice. Dkt. No. 8. Objections were due by January 2, 2019. As of the date of this Order, no objections have been filed.

I find Judge Spero's report thorough and correct; I adopt it in every respect. Accordingly, the applications to proceed in forma pauperis are DENIED and the complaint is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED.**

Dated: January 3, 2019

William H. Orrick
United States District Judge