UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILL LIETZKE,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF MONTGOMERY, et al.,<br><br>    Defendants. | Case No. 3:18-cv-06196-WHO<br><br>**ORDER REOPENING THE CASE;<br>ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 12 |

This suit was previously dismissed because plaintiff Bill Lietzke did not comply with Magistrate Judge Joseph C. Spero's order to file a signed in forma pauperis ("IFP") application or pay the filing fee. Dkt. Nos. 8, 11. Lietzke has since filed a signed IFP application which was dated December 14, 2018 but which was not filed with the Court until after my Order. *See* Dkt. No. 12. The action is REOPENED. The Clerk is directed to modify the docket accordingly. The order of dismissal is VACATED. Dkt. No. 11.

According to the complaint, Lietzke resides in Montgomery, Alabama, and the events at issue took place in Montgomery, Alabama. No later than **March 6, 2019**, Lietzke is ORDERED TO SHOW CAUSE why this case falls within this Court's jurisdiction and why venue is proper in the Northern District of California. Specifically, Lietzke is ordered to show why this case should not be dismissed or transferred to the United States District Court for the Middle District of Alabama.

**IT IS SO ORDERED.**

Dated: February 20, 2019

William H. Orrick
United States District Judge