UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BILL LIETZKE,

    Plaintiff,

    v.

CITY OF MONTGOMERY, et al.,

    Defendants.

Case No. 3:18-cv-06196-WHO

**ORDER DISMISSING CASE**

Re: Dkt. Nos. 12, 13

On February 20, 2019, I ordered plaintiff Bill Lietzke to show cause why this case should not be dismissed for lack of jurisdiction. Dkt. No. 13. On February 27, Lietzke mailed a profane letter that failed to respond to my Order or otherwise establish jurisdiction over his claims. *See* Dkt. No. 14. Accordingly, this case is DISMISSED WITHOUT PREJUDICE to refiling it in a court that has jurisdiction over these defendants and these claims. Lietzke's motion to proceed in forma pauperis is DENIED as moot. *See* Dkt. No. 12.

**IT IS SO ORDERED.**

Dated: March 8, 2019

William H. Orrick
United States District Judge